**LOCAL FORM 1007.1**
**United States Bankruptcy Court**
**Eastern District of Tennessee**

In re  **Patricia S. Rawls**                                    Case No.  **3:19-bk-30795**
                                    Debtor(s)                   Chapter   **13**

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |

/s/ Patricia S. Rawls

**[SIGNATURE OF DEBTOR]**                               **[SIGNATURE OF JOINT DEBTOR]**

Date:  **March 18, 2019**                               Date:

---

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## Copy B To Be Filed With Employee's FEDERAL Tax Return — OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's SSN | 5513 |
| 1 | Wages, tips, other comp. | 56638.99 |
| 2 | Fed. income tax withheld | 8197.00 |
| 3 | Social security wages | 56638.99 |
| 4 | Soc. sec. tax withheld | 3511.58 |
| b | Employer ID number (EIN) | 62-1504727 |
| 5 | Medicare wages and tips | 56638.99 |
| 6 | Medicare tax withheld | 821.21 |

c Employer's name, address, and ZIP code:
JOSEPH T CHUN, M.D.
1934 ALCOA HIGHWAY
SUITE 362, POB 111
KNOXVILLE, TN 37920-1500

d Control number: 0001

e Employee's name, address, and ZIP code:
PATRICIA S RAWLS
2307 GORBY WAY
KNOXVILLE, TN 37923

| Box | Field | Value |
|---|---|---|
| 7 | Social security tips | 0.00 |
| 8 | Allocated tips | 0.00 |
| 9 | Verification code | |
| 10 | Dependent care benefits | 0.00 |
| 11 | Nonqualified plans | 0.00 |
| 12a | Code See inst. for box 12 | |
| 13 | Statutory employee | |
| 14 | Other | |
| 12b | Code | |
| | Retirement plan | X |
| 12c | Code | |
| | Third-party sick pay | |
| 12d | Code | |
| 15 | State / Employer's state ID # | TN 0397-573 3 |
| 16 | State wages, tips, etc. | 56638.99 / 0.00 |
| 17 | State income tax | 0.00 / 0.00 |
| 18 | Local wages, tips, etc. | 0.00 / 0.00 |
| 19 | Local income tax | 0.00 / 0.00 |
| 20 | Locality name | |

Form W-2 Wage and Tax Statement    2018    Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.

## Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return — OMB No. 1545-0008

a Employee's SSN: 5513
1 Wages, tips, other comp.: 56638.99
2 Fed. income tax withheld: 8197.00
3 Social security wages: 56638.99
4 Soc. sec. tax withheld: 3511.58
b Employer ID number (EIN): 62-1504727
5 Medicare wages and tips: 56638.99
6 Medicare tax withheld: 821.21

c Employer's name, address, and ZIP code:
JOSEPH T CHUN, M.D.
1934 ALCOA HIGHWAY
SUITE 362, POB 111
KNOXVILLE, TN 37920-1500

d Control number: 0001

e Employee's name, address, and ZIP code:
PATRICIA S RAWLS
2307 GORBY WAY
KNOXVILLE, TN 37923

7 Social security tips: 0.00
8 Allocated tips: 0.00
9 Verification code:
10 Dependent care benefits: 0.00
11 Nonqualified plans: 0.00
12a Code:
13 Statutory employee / 14 Other / 12b Code
Retirement plan: X / 12c Code
Third-party sick pay / 12d Code
15 State TN 0397-573 3
16 State wages, tips, etc.: 56638.99 / 0.00
17 State income tax: 0.00 / 0.00
18 Local wages, tips, etc.: 0.00 / 0.00
19 Local income tax: 0.00 / 0.00
20 Locality name:

Form W-2 Wage and Tax Statement    2018    Dept. of the Treasury -- IRS

## Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) — OMB No. 1545-0008

[Same data as above: SSN 5513; Wages 56638.99; Fed tax 8197.00; SS wages 56638.99; SS tax 3511.58; EIN 62-1504727; Medicare wages 56638.99; Medicare tax 821.21; Employer JOSEPH T CHUN, M.D., 1934 ALCOA HIGHWAY, SUITE 362, POB 111, KNOXVILLE, TN 37920-1500; Control number 0001; Employee PATRICIA S RAWLS, 2307 GORBY WAY, KNOXVILLE, TN 37923; Retirement plan X; State TN 0397-573 3; State wages 56638.99.]

Form W-2 Wage and Tax Statement    2018    Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.

## Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return — OMB No. 1545-0008

[Same data as above.]

Form W-2 Wage and Tax Statement    2018    Dept. of the Treasury -- IRS